# EXHIBIT A

I C Systems
208-758-0230

| Date | Times |
|---|---|
| 7/31 | 10:30 Am  1:30 pm |
| 8/1 | 10:30 Am  12:58  6:58  8:07 pm |
| 8/2 | 8:45 Am  2:45 pm  7:06 pm |
| 8/3 | 8:08 Am  11:53 pm  2:33 pm  5:43 pm |
| 8/4 | 8:09 Am  2:10 pm |
| 8/6 | 11:22 Am  5:33 pm |
| 8/7 | 10:00 Am  5:22 pm |
| 8/8 | 8:24 Am  4:14 pm  8:32 pm |
| 8/9 | 7:23 pm |
| 8/10 | 8:22 Am  12:19 pm |
| 8/13 | 8:45 Am  5:20 pm  6:14 pm  8:49 pm |
| 8/14 | 3:18 pm  6:03 pm  8:23 pm |
| 8/15 | 8:50 Am  4:02 pm  7:45 pm |
| 8/16 | 4:17 pm |
| 8/17 | 9:32 Am  ~~10:54 Am~~ |
| 8/18 | 10:54 Am  2:48 pm |
| 8/20 | 3:34 pm |