# EXHIBIT B

December 31, 2013

Kristin Hilton
106 Clear Lake Circle
Sanford FL 32773

I.C. SYSTEM, INC.
444 Highway 96 East, PO Box 64437
St. Paul, MN 55164-0437

## NOTICE OF INTENT TO LITIGATE

Attention Legal Department

Beginning in July 2012, I received a number of calls from your company to my wireless phone, 321-377-5525, where you attempted to collect a debt. The calls were placed with automatic telephone dialing system (ATDS) equipment and/or broadcasted a prerecorded message to me. Those actions were in direct violation of the Telephone Consumer Protection Act as you did not have my express written consent to call my wireless phone much less using ATDS equipment and using prerecorded telemarketing messages.

As a result of your actions I am prepared to file suit in Federal District Court to seek damages for said violations and demand a trial by jury. I would also demand production of your outbound calling records to ascertain the total number of calls you placed to my wireless phone. I have documented 40 calls but I know there were more than that number of calls made to my wireless phone.

I would prefer to come to a reasonable settlement on these violations of my rights if I hear from you within ten days of your receipt of this letter. I would prefer your response be made via email sent to hiltonkristin@yahoo.com within the aforementioned timeframe to avoid the initiation of legal action against you.

As I am sure you are aware, litigation in the Federal Court can become rather onerous and expensive and I would prefer to reach an amicable solution to this matter and avoid that. However, I am prepared to file suit to recover damages if we cannot come to an agreement. I look forward to your timely response.

Yours Truly,

Kristin Hilton

