UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KRISTIN J. HILTON,

    Plaintiff,

v.                               Case No:   6:16-cv-1366-Orl-40TBS

IC SYSTEMS, INC.,

    Defendant.

## ORDER

Plaintiff's Unopposed Motion for an Enlargement of Time to Schedule Mediation (Doc. 23), is **GRANTED**. The parties shall mediate this dispute no later than September 18, 2017.

**DONE** and **ORDERED** in Orlando, Florida on July 13, 2017.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties