# Charles McHale

| | |
|---|---|
| **From:** | Charles McHale |
| **Sent:** | Monday, May 15, 2017 5:46 PM |
| **To:** | kristin hilton (hiltonkristin@yahoo.com) |
| **Subject:** | Hilton v. IC System |
| **Attachments:** | Patient Intake form Hilton K - redacted.pdf; Redacted account notes.pdf |

Ms. Hilton,

I received your voicemail today.  Please allow this email to serve two purposes:

1) Defendant's Discovery Responses:

    Attached is a copy of your intake form from Family dental care and a copy of ICS's account notes.  Otherwise, Defendant's discovery are adequate.

    a) With respect to your <u>requests for admissions</u>, a plaintiff cannot request a defendant to make a legal conclusion nor are requests for admission design to seek an admission to the central issue of the case.  The proper use of a requests for admission is to attempt to resolve an issue of the case that is simple in nature and would need little if any proof, i.e. Admit that Defendant is a Minnesota Corporation, or Admit that Defendant's primary business is the collection of debts (with "debt" being clearly defined).  Any request that asks defendant to draw a legal conclusion – as in whether it telephone system is an automatic telephone dialing system is improper.  Moreover, any question aimed at establishing liability of a defendant is improper as it is aimed at the central issue of the case.

    b) With respect to your <u>requests for production</u>, you have failed to provide any time-frame in which the defendant should base any of its responses to.  Moreover, your requests fails to defined numerous material terms, and seeks information that is outside the scope of discovery.

    c) With respect to your <u>interrogatories</u>, Defendant responded to all but the last interrogatory to which it objected.  Defendant stands by its objection.

2) Your lawsuit lacks any merit.

[redacted]

 Thank you.

**Charles J. McHale, Esq.**



**201 North Armenia Avenue**
**Tampa, Florida 33609**
**(813) 251-3688 (direct line)**
**(813) 251-3675 (fax)**
**Email:  cmchale@gsgfirm.com**

**LEGAL NOTICE**

This communication and any attachments thereto, constitute an "electronic communication" within the meaning of the *Electronic Communications Privacy Act, 18 U.S.C.A. §2510,* and disclosure of these contents is limited to the recipient(s) intended by the sender of this messages.  Unless expressly stated otherwise, this message and any documents accompanying this Email transmission are confidential and may be subject to the attorney client privilege or deemed work product documents. The Sender's expectation of privacy regarding the content of this e-mail message and any documents accompanying this transmission is extremely high. This message is intended solely for the addressee(s). If the reader of this message is not the intended recipient, you are hereby notified that you have received this in error and any review, dissemination, or copying is strictly prohibited. If you are not an addressee, any disclosure or copying of the contents of this e-mail, or any action taken or not taken in reliance on it, is strictly unauthorized and may be unlawful. If you are not an addressee, please destroy the message and inform the sender immediately at the number, address or Email address above. The receipt of our fax number above is not to be construed as the firm's consent to receive unsolicited fax advertisements and this Email does not create an Existing Business Relationship (EBR).