UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KRISTIN J. HILTON,

    Plaintiff,

v.                                       Case No:   6:16-cv-1366-Orl-40TBS

IC SYSTEMS, INC.,

    Defendant.

## ORDER

    This case is set for trial during the term beginning December 4, 2017 (Doc. 19 at 2). On August 1, 2017, Defendant filed a motion for summary judgment (Doc. 27). Plaintiff's response to the motion is currently due by August 15, 2017 (Doc. 28 at 1). Pending before the Court is Plaintiff's Unopposed Motion for Extension of Time to Oppose Defendant's Motion for Summary Judgment (Doc. 29). Plaintiff, who is *pro se*, seeks an extension through September 8, 2017 (Id.). Defendant does not oppose the motion (Id.).

    The Case Management and Scheduling Order governing this case provides that "[i]n light of the district court's heavy felony trial calendar, at least 4 months are required before trial to receive memoranda in opposition to a motion for summary judgment and to research and resolve the dispositive motion sufficiently in advance of trial." (Doc. 19 at 6). As a result of the scheduling in this case, the Court already has less than the necessary 4 months to decide the summary judgment motion. If Plaintiff's request is granted, then the Court will have less than 3 months. This is not sufficient time for the Court to do its job.

Given the importance of the summary judgment motion, the Court will provide Plaintiff some relief, but not as much as she is requesting. Now, the motion is **GRANTED in part**. Plaintiff has through August 31, 2017 to respond to Defendant's motion for summary judgment. In all other respects, the motion is **DENIED**. This Order may not be cited as grounds to modify any other deadline in the case.

**DONE** and **ORDERED** in Orlando, Florida on August 16, 2017.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties