UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KRISTIN J. HILTON,

    Plaintiff,

v.                                           NO.: 6:16-cv-01366-ORL-40TBS

I.C. SYSTEM, INC.,

    Defendant.
_____/

**STIPULATION OF AGREED MATERIAL FACTS RELATED TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW, I.C. SYSTEM, INC., ("Defendant"), and Plaintiff, Kristin Hilton ("Plaintiff") by and through their undersigned counsel, pursuant to section II(H)(1) of this Court's Case Management and Scheduling Order, and hereby stipulate as follows:

1. On or about July 29, 2016, Plaintiff filed the instant action alleging that Defendant violated the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA") through the placement of telephone calls to Plaintiff's cellular telephone.

2. Plaintiff alleges that on or about July 31, 2012, she began to receive calls on her wireless telephone number, 321-377-5525, from ICS. *Ibid.* at ¶ 9.

3. Plaintiff received dental care from Family Dental Care.

4. When Plaintiff sought treatment from Family Dental Care, she filled out certain paperwork prior to receiving treatment, such as an intake form.

5. ICS placed telephone calls to Hilton to telephone number 321-377-5525 from July 31, 2012 through August 21, 2012.

Respectfully submitted by:

/s/ Charles J. McHale
**GOLDEN SCAZ GAGAIN, PLLC**
Charles J. McHale, Esquire
FBN:  0026555
201 North Armenia Avenue
Tampa, FL 33609
Phone:  813-251-5500
Email: cmchale@gsgfirm.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

**PRO SE**
Kristin J. Hilton
106 Clear Lake Circle
Sanford, Florida 32773

/s/ Charles J. McHale
**GOLDEN SCAZ GAGAIN, PLLC**
Charles J. McHale, Esquire
FBN:  0026555