UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KRISTIN J. HILTON,**

    Plaintiff,

v.                                          NO.: 6:16-cv-01366-ORL-40TBS

**I.C. SYSTEM, INC.,**

    Defendant.

_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Kristin J. Hilton, and Defendant I.C. System, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a settlement at mediation with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Respectfully submitted this 19th day of September 2017.

                              Respectfully submitted by:

                              /s/ Dale T. Golden
                            /s/ Charles J. McHale
                            **GOLDEN SCAZ GAGAIN, PLLC**
                            Dale T. Golden, Esquire
                            FBN: 0094080
                            Charles J. McHale, Esquire
                            FBN: 0026555
                            201 North Armenia Avenue
                            Tampa, FL 33609
                            Phone: 813-251-5500
                            Email: dgolden@gsgfirm.com
                            Email: cmchale@gsgfirm.com
                            Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

**PRO SE**
Kristin J. Hilton
106 Clear Lake Circle
Sanford, Florida 32773

/s/ Charles J. McHale
**GOLDEN SCAZ GAGAIN, PLLC**
Charles J. McHale, Esquire
FBN: 0026555